UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| HUAIZHAO LIU and CHARLOTTE ZHANG,<br><br>       Plaintiffs,<br><br>  v.<br><br>CIPING HUANG,<br><br>       Defendant. | No. 23-cv-2134-MJM<br><br>Judge Matthew J. Maddox<br><br>**JOINT STATUS REPORT** |

  Pursuant to this Court's August 13, 2024 Scheduling Order, Dkt. 40, the parties hereby submit this joint status report on the parties' conference as to deposition hours and electronically stored information.

  ***Deposition hours***. The parties agree that each side may have a maximum of 35 hours of deposition time.

  ***Electronically stored information.*** Plaintiffs had suggested that both Plaintiff Liu and Defendant Huang create forensic images of certain electronic devices. Defendant considered Plaintiffs' proposal but ultimately disagreed and proposed that the parties proceed without creating such images. Plaintiffs agree to doing so but reserve the right to move the Court for an order that Defendant Huang make such an image should Plaintiffs develop evidence that Defendant is not complying with Defendant's discovery obligations. Defendant similarly reserves that right.

  ***Other matters.*** The parties agree that no attorney-client communications occurring after this action was first filed need be included on any privilege log.

1

Date:   August 20, 2024                                 Respectfully submitted,

/s/ Times Wang
**FARRA & WANG PLLC**
Times Wang (Bar No. 30858)
1300 I Street NW, Suite 400E
Washington, DC 20005
twang@farrawang.com
(202) 505-6227

/s/ John P. Rowley III
**SECIL Law PLLC**
John P. Rowley III (admitted *pro hac vice*)
Adriaen M. Morse Jr. (Bar No. 18106)
Cory Kirchert*
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
jrowley@secillaw.com
(202) 642-0679
amorse@secillaw.com
(202) 417-8232
ckirchert@secillaw.com
(202) 417-7052

John S. Irving (Bar No. 17234)
**E & W Law, LLC**
1455 Pennsylvania Ave., N.W., Suite 400
Washington, D.C. 20004
john.irving@earthandwatergroup.com
(301) 807-5670