## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HUAIZHAO LIU and CHARLOTTE ZHANG,<br><br>*Plaintiffs*,<br><br>v.<br><br>CIPING HUANG and JINGSHENG WEI,<br><br>*Defendants*. | Case No. 23-cv-2134-DLB<br><br>Judge Matthew J. Maddox |

### NOTICE OF AMENDED PETITION FOR WRIT OF MANDAMUS

Defendant Jingsheng Wei hereby provides notice, as required by Federal Rule of Appellate Procedure 21(a)(1), that he filed an Amended Petition for Writ of Mandamus in the United States Court of Appeals for the Fourth Circuit on August 21, 2025. A copy of the petition is attached as **Exhibit 1** to this notice.

Date: August 26, 2025                      Respectfully submitted,

/s/ *David G. Barger*
David G. Barger (Md. Bar No. 14716)
Robert W. Angle (to be admitted *pro hac vice*)
**GREENBERG TRAURIG, LLP**
1750 Tysons Blvd., Suite 1000
McLean, VA 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: bargerd@gtlaw.com
          anglew@gtlaw.com

*Counsel for Jingsheng Wei*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2025, I caused a copy of the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which then sent a notice of filing to all counsel of record.

                                        /s/ *David G. Barger*
                                        David G. Barger (Md. Bar No. 14716)